Three points were resolved 1st, A deed proved and not registered may be read in evidence.
 
 *
 

 2d. A conveyance to the defendant or tenant may be read in evidence, though executed since issue joined.
 

 3d. Under the act of 1794, authorsing and administrators to make deeds, it is not necessary that the bond of the deceased, should be recorded so as to give validity to a deed. An executor or administrator is not bound to make a right, until the bond is recorded, but should he do it the deed is good.
 

 *
 

 Overton, j. said if this point were res integra, he should be of opinion, that the deed could not be read until registered, Comformably to this idea of Overton,
 
 j.
 
 the law has been since settled. See. 2. Hayw. 11.